# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY JOHN VANNATA,
               Appellant,
       vs.
THE STATE OF NEVADA,
               Respondent.

No. 72441

**FILED**

APR 11 2017



DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a direct appeal from a judgment of conviction. First Judicial District Court, Carson City; James E. Wilson, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.[1]

                            _____, J.
                            Douglas

_____, J.          _____, J.
Gibbons                             Pickering

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

17-11968

cc: Hon. James E. Wilson, District Judge
Waters Law Firm LLC
Attorney General/Carson City
Carson City District Attorney
Carson City Clerk